IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Maurice Chapman, Sr., : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:14cv398 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Warden, Lebanon Correctional Facility, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 31, 2014 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 12, 2014, hereby ADOPTS said Report and Recommendation.

Respondent's motion to transfer petitioner's habeas petition to the Sixth Circuit Court of Appeals (Doc. 9) is **GRANTED**, and the petition for a writ of habeas corpus (Doc. 1) is **TRANSFERRED** pursuant to 28 U.S.C. §1631 to the United States Court of Appeals for the Sixth Circuit for consideration of whether the district court may review the petition in accordance with 28 U.S.C. § 2244(b).

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court